

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00034-CV

_____

D. ALAN MEEKER AND CQUENTIA NGS, LLC, APPELLANTS

V.

KENNETH WOODS AND PARAGON PRINCIPAL, LLC, APPELLEES

On Appeal from the 153rd District Court
Tarrant County, Texas
Trial Court No. 153-304006-18

Before Womack, Kerr, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

After considering appellants D. Alan Meeker and CQuentia NGS, LLC's petition for permissive appeal and the response thereto, we deny the petition. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(f); Tex. R. App. P. 28.3; Tex. R. Civ. P. 168.

Per Curiam

Delivered: February 26, 2021